**Exhibit "3"**
**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>MEDMART OF NY CORP., ET AL.,<br><br>　　　　　　　　　　　　　　　Defendants. | 22-cv-06581 (RPK)(JRC)<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO GIKOR SONAYAN, MEDMART OF NY CORP., ROYAL REHAB INC. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between American Transit Insurance Company ("Plaintiff"), on the one hand, and Gikor Sonayan, MedMart of NY Corp and Royal Rehab Inc. ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiff and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
January 4, 2024

**MORRISON MAHONEY LLP**

By: _____
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    Wall Street Plaza
    88 Pine Street, Suite 1900
    New York, New York 10005
    *Counsel for Plaintiff American Transit Insurance Company*

**SCHWARTZ, CONROY & HACK P.C.**

By: _____
    Matthew Conroy, Esq.,
    Robert Hewitt, Esq.
    666 Old Country Road, Ninth Floor,
    Garden City, NY 11530
    *Counsel for Gikor Sonayan,*
    *MedMart of NY Corp and*
    *Royal Rehab Inc.*

**SO O R D E R E D**

_____
Rachel P. Kovner, U.S.D.J.

Dated: _____, 2024