UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMERICAN TRANSIT INSURANCE COMPANY,**<br><br>                            **Plaintiff,**<br><br>-against-<br><br>**MEDMART OF NY CORP., ET AL.,**<br><br>                            **Defendants.** | 22-cv-6581<br>(RPK)(JRC)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5.

Dated: January 4, 2024
       New York, New York

Respectfully submitted,

**MORRISON MAHONEY LLP**

By: _____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
*Counsel for Plaintiff*
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005